UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:   CASE NO. 16-13353-RBR
CHAPTER 13

FRANCES GOMEZ

_____/

## DEBTOR'S MOTION TO MODIFY PLAN AND CONFIRM MODIFIED PLAN

COME NOW the Debtor, FRANCES GOMEZ, by and through their undersigned attorney, and herein move this court to confirm the First Modified Chapter 13 Plan and would state:

1. The Debtor seeks to modify her plan accordingly to reflect the trial loan modification payments. See attached as Exhibits "A".

2. The Debtor expenses have changed since Schedule J was previously filed with the Court, as reflected in Amended Schedule J attached hereto.

3. No creditor would be prejudiced in that the Debtors have paid $13,923.00 into the plan as of October 14, 2016 and is current under the First Modified Chapter 13 Plan attached hereto.

4. The Debtor has agreed to pay the undersigned attorney the sum of $525.00 for this motion.

WHEREFORE, the Debtor prays that this court grant the relief requested based upon the aforementioned grounds.

WHEREFORE, the Debtor prays that this court grant the relief requested based upon the aforementioned grounds.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed by U.S. Mail to all interested parties as shown on the attached Service List this 14th day of October 2017.

Dated: October 14, 2016.

Cabanas Law Firm
Sergio Cabanas
Attorney for the Debtor
18503 Pines Blvd, Ste 301
Pembroke Pines, FL 33029
(954) 417-8736

By: /s/ Sergio Cabanas, Esquire
   Sergio Cabanas
   Florida Bar No. 898082
   I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).